**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01775-MSK-NYW

DRYWAVE TECHNOLOGIES USA, INC.

Plaintiff,

v.

MASSAGE INTERNATIONAL, LTD., KENT MOERK,
RICHARD SMEE, AND JOSEPH MCGOWAN

Defendants.

KENT MOERK, RICHARD SMEE, AND JOSEPH
MCGOWAN, AND DRYWAVE SPECIAL PURPOSE
FUND LLC

Counterclaim Plaintiffs/
Counterclaim Plaintiff-in-Intervention,

v.

DRYWAVE TECHNOLOGIES USA, INC., DRYRX LLC,
STEVE HOWE, NICKOLAY KUKEKOV, AND TODD HOWE.

Counterclaim Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF THE DSPF PARTIES' CLAIMS**

---

Plaintiff/Counterclaim Defendant Drywave Technologies USA, Inc. ("Drywave"), Counterclaim Defendant Steve Howe ("S. Howe"), Counterclaim Defendant Todd Howe ("T. Howe"), Counterclaim Defendant Nickolay Kukekov ("Kukekov"), and Counterclaim Defendant DryRX, LLC ("DryRX"), (collectively, "the Drywave Parties") by and through counsel, SNELL & WILMER LLP and;

**Settlement Agreement – Exhibit 13**

Defendant Massage International, Ltd. ("MIL"), Defendant/Counterclaim Plaintiff Kent Moerk ("Moerk"), Defendant/Counterclaim Plaintiff Richard Smee ("Smee"), Defendant/Counterclaim Plaintiff Joseph McGowan ("McGowan"), and Counterclaim Plaintiff-in-Intervention Drywave Special Purpose Fund LLC ("DSPF") (collectively, the "DSPF Parties"), by and through counsel, IRELAND STAPLETON PRYOR & PASCOE, PC, respectfully submit this Stipulation of Dismissal with Prejudice of the DSPF Parties' Claims, stating as follows:

1. The Drywave Parties and the DSPF Parties (collectively the "Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned counsel, hereby stipulate and jointly move the Court to enter an Order dismissing with prejudice all claims and defenses asserted by the DSPF Parties in this action. The Parties further stipulate that they will bear their own respective attorneys' fees and costs incurred in this action.

DATED: May 3, 2019 Respectfully submitted,

| | |
|---|---|
| SNELL & WILMER LLP<br><br>*/s/ Byeongsook Seo*<br>Byeongsook Seo<br>Tabor Center<br>17th Street, Suite 1900<br>Denver, CO 80202-5854<br>bseo@swlaw.com<br><br>Attorneys for Plaintiff/Counterclaim Defendants | IRELAND STAPLETON PRYOR & PASCOE, PC<br><br>*/s/ Mark E. Lacis*<br>Mark E. Lacis<br>Thomas J. Wolf<br>Benjamin J. Larson<br>717 17th Street, Suite 2800<br>Denver, Colorado 80202<br>mlacis@irelandstapleton.com<br>twolf@irelandstapleton.com<br>blarson@irelandstapleton.com<br><br>Attorneys for Defendants/Counterclaim Plaintiffs and Counterclaim Plaintiff-in-Intervention |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, a true and accurate copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE DSPF PARTIES' CLAIMS** was filed with the Court and served on the following counsel using the CM/ECF system:

Byeongsook Seo
SNELL & WILMER LLP
Tabor Center
17th Street, Suite 1900
Denver, CO 80202-5854
bseo@swlaw.com

Courtesy copy via e-mail sent to:

Daniel C. McCabe
Greensfelder, Hemker & Gale, P.C.
200 West Madison, Suite 3300
Chicago, IL 60606
dmccabe@greensfelder.com

*/s/ Barbara Biondolillo*
Barbara Biondolillo



3002441.3